| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **LEC Custom Products, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080721F | $75,911.68 | 10/25/2019 | 22366 | 9/9/2019 | $18,977.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080210V | $57,735.91 | 9/20/2019 | 21867 | 8/6/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080873 | $50,627.84 | 11/8/2019 | 22541 | 9/24/2019 | $4,639.55 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080873 | $50,627.84 | 11/8/2019 | 22490 | 9/26/2019 | $13,933.44 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080873 | $50,627.84 | 11/8/2019 | 22461 | 9/24/2019 | $13,159.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080788A | $95,236.93 | 11/1/2019 | 22448 | 9/20/2019 | $18,761.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080788A | $95,236.93 | 11/1/2019 | 22426 | 9/19/2019 | $18,761.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080788A | $95,236.93 | 11/1/2019 | 22425 | 9/19/2019 | $10,824.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080788A | $95,236.93 | 11/1/2019 | 22408 | 9/19/2019 | $18,761.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080788A | $95,236.93 | 11/1/2019 | 22404 | 9/19/2019 | $8,002.05 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080788A | $95,236.93 | 11/1/2019 | 22403 | 9/18/2019 | $20,126.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080721F | $75,911.68 | 10/25/2019 | 22369 | 9/13/2019 | $18,977.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22543 | 9/30/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080721F | $75,911.68 | 10/25/2019 | 22367 | 9/10/2019 | $18,977.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22544 | 9/30/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601O | $93,236.85 | 10/18/2019 | 22402 | 9/3/2019 | $15,865.81 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601O | $93,236.85 | 10/18/2019 | 22334 | 9/3/2019 | $18,761.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601O | $93,236.85 | 10/18/2019 | 22244 | 9/6/2019 | $18,407.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601O | $93,236.85 | 10/18/2019 | 22243 | 9/6/2019 | $21,440.54 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601O | $93,236.85 | 10/18/2019 | 22242 | 9/5/2019 | $18,761.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080514 | $18,055.87 | 10/11/2019 | 22227 | 8/29/2019 | $2,919.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080514 | $18,055.87 | 10/11/2019 | 22149 | 8/29/2019 | $15,136.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080329N | $37,958.34 | 9/27/2019 | 21968 | 8/14/2019 | $18,979.17 |

LEC Custom Products, Inc. (2266281)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

# Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080329N | $37,958.34 | 9/27/2019 | 21967 | 8/13/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080210V | $57,735.91 | 9/20/2019 | 21969 | 8/9/2019 | $182.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080210V | $57,735.91 | 9/20/2019 | 21966 | 8/9/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080210V | $57,735.91 | 9/20/2019 | 21965 | 8/6/2019 | $19,595.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080721F | $75,911.68 | 10/25/2019 | 22368 | 9/10/2019 | $18,977.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22783 | 10/21/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 22999 | 10/31/2019 | $15,329.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 22998 | 10/31/2019 | $15,329.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 22997 | 10/29/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 22996 | 10/28/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 22992 | 10/28/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 22916 | 10/31/2019 | $1,098.23 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22915 | 10/25/2019 | $14,599.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22914 | 10/25/2019 | $13,869.39 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22899 | 10/25/2019 | $7,987.81 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22898 | 10/25/2019 | $5,109.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22897 | 10/25/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080873 | $50,627.84 | 11/8/2019 | 22542 | 9/27/2019 | $18,895.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22895 | 10/24/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388E | $107,673.57 | 12/13/2019 | 23000 | 10/31/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22782 | 10/21/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22766 | 10/16/2019 | $987.69 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081070B | $69,050.42 | 11/22/2019 | 22756 | 10/10/2019 | $12,112.91 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081070B | $69,050.42 | 11/22/2019 | 22755 | 10/8/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081070B | $69,050.42 | 11/22/2019 | 22754 | 10/7/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081070B | $69,050.42 | 11/22/2019 | 22753 | 10/7/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22752 | 10/3/2019 | $18,979.17 |

LEC Custom Products, Inc. (2266281)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22751 | 10/3/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22618 | 10/3/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22617 | 10/2/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22616 | 10/1/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080985A | $151,833.36 | 11/15/2019 | 22615 | 10/1/2019 | $18,979.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081292 | $137,449.88 | 12/6/2019 | 22896 | 10/24/2019 | $18,979.17 |

**Totals:** **11 transfer(s),** **$894,770.65**